FILED

**FILED**

11/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0041

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ERIC D. YEATON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 21, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
November 13 2020